# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00028-MOC-DSC

| | |
|---|---|
| NORRIS ALLEN et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EXPRESS COURIER ) | |
| INTERNATIONAL, INC. et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s][for Joshua Lee West, Emily A. Quillen, Andrew J. Butcher, Adam C. Smedstad and Charles Andrewscavage]" (documents # 7-11) filed April 18, 2018. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: April 18, 2018

David S. Cayer
United States Magistrate Judge