# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00028-MOC-DSC

| | |
|---|---|
| **NORRIS ALLEN et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **EXPRESS COURIER** ) | |
| **INTERNATIONAL, INC. et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on "Joint Motion to Stay Litigation to Permit the Parties to Participate in Mediation" (document # 32) filed December 18, 2018. For the reasons set forth therein, the Motion will be granted.

Therefore, this action is stayed until March 1, 2019, which includes a stay of all deadlines in the Court's Scheduling Order (document #31). Within fourteen days of the date the stay is lifted, the Parties shall either submit a notice informing the Court that the matter has been resolved or, if the matter is not resolved through mediation, the Parties shall submit a joint proposal for a discovery schedule to govern the litigation.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: December 19, 2018

David S. Cayer
United States Magistrate Judge